UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRENDA CRISTIA | CIVIL ACTION |
| VERSUS | NO: 09-2052 |
| ZC STERLING INSURANCE AGENCY, INC. ET AL | SECTION: "J"(1) |

### ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the date set for hearing of the motion. No memorandum in opposition to Defendant Fidelity and Deposit Company of Maryland's **Motion for Partial Summary Judgment (Rec. Doc. 19)**, set for hearing on January 6, 2010, was submitted timely. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that Defendant Fidelity and Deposit Company of Maryland's **Motion for Partial Summary Judgment (Rec. Doc. 19)** is **GRANTED** and that all of Plaintiff's bad faith claims are hereby **DISMISSED**, with prejudice.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the

motion, including attorney's fees, may be assessed against the party moving for reconsideration.  <u>See</u> Fed. R. Civ. P. 16.

New Orleans, Louisiana, this 8th day of January, 2010.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE